UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALEXIS CRUZ ACEVEDO,

Defendant.

_____/

Case No. 2:26-cr-00001-2

Hon. Paul L. Maloney
U.S. District Judge

## ORDER FOR DETENTION

Defendant Acevedo appeared before the undersigned for an initial appearance and arraignment on June 15, 2026.

The record before the Court indicates that Defendant Acevedo was incarcerated by the Texas Department of Criminal Justice.  The undersigned previously issued a *writ of habeas corpus ad prosequendum* to obtain Defendant's presence in federal court to answer the charges in Indictment.  ECF No. 100.  Defense counsel reserved the issue of detention and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated:  June 16, 2026

/s/ *Maarten Vermaat*

MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE